LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
OCT 14 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> ) <br> JESSICA ROSE MESA, ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. **05-00074** <br><br> **INFORMATION** <br><br> **USE OF COMMUNICATION FACILITY IN FACILITATING COMMISSION OF DRUG FELONY** <br> [21 U.S.C. § 843(b); 18 U.S.C. § 2] |

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 17, 2005, in the District of Guam, the defendant, JESSICA ROSE MESA, did knowingly and intentionally use a communication facility, to-wit: a telephone, in committing, causing and facilitating the commission of conspiracy to distribute over 100 grams of methamphetamine hydrochloride, a schedule II controlled substance, in violation of Title 21, United States Code, §§ 841(a)(1) and 846, to-wit, the defendant did telephone Sean Michael Cole and others, and assist to obtain and distribute over 100 grams of methamphetamine hydrochloride.

//

All in violation of Title 21, United States Code, § 843(b), and Title 18, United States Code, § 2.

Dated this 14th day of October, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

_____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

2

# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____N/A_____

**Related Case Information:**

Superseding Indictment _____ Docket Number _____05-00074_____

Same Defendant __X__ New Defendant _____

Search Warrant Case Number _____

R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__    Matter to be sealed: ____ Yes __X__ No

Defendant Name _____Jessica Rose Mesa_____

Allisas Name _____

Address _____

_____Dededo, GU_____

Birth date __XX/XX/1977__  SS# __XXX-XX-7173__  Sex __F__  Race __PI__  Nationality __U.S.__

**RECEIVED OCT 1 4 2005 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**U.S. Attorney Information:**

AUSA _____Marivic P. David_____

**Interpreter:** __X__ No ____ Yes        List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: ___1___        ____ Petty  ____ Misdemeanor  __X__ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1: 21 U.S.C. § 843(b); and 18 U.S.C. § 2 | USE OF COMMUNICATION FACILITY IN FACILITATING COMMISSION OF A DRUG FELONY | 1 |

Date: __10/14/05__        Signature of AUSA: _____[signature]_____