IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES



**FILED**
DISTRICT COURT OF GUAM
OCT 17 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00074**     **DATE: 10/17/2005**

***

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge     Law Clerk: Judith Hattori
Court Reporter: Wanda Miles     Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 10:09:46 - 10:38:18     CSO: L. Ogo

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*A P P E A R A N C E S\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT: JESSICA ROSE MESA**     **ATTY : JOAQUIN C. ARRIOLA, JR.**
(X) NOT PRESENT (X) CUSTODY ( ) BOND ( ) P.R.     (X) PRESENT ( ) RETAINED ( ) FPD (X) CJA APPOINTED

**U.S. ATTORNEY: MARIVIC DAVID**     **AGENT:**

**U.S. PROBATION: ROSANNA VILLAGOMEZ-AGUON**     **U.S. MARSHAL: V. ROMAN**

***

**PROCEEDINGS: INITIAL APPEARANCE / WAIVER OF INDICTMENT / INFORMATION / PLEA**

(X) DEFENDANT SWORN AND EXAMINED: AGE: __28__    HIGH SCHOOL COMPLETED: __11th GRADE__
(X) DEFENDANT ARRAIGNED AND ADVISED OF HER RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE     ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
(X) COURT QUESTIONS DEFENDANT REGARDING HER PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
     OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
(X) PLEA ENTERED: (X) GUILTY ( ) *NOT GUILTY* - TO: __INFORMATION - USE OF COMMUNICATION FACILITY IN__
                                     __FACILITATING COMMISSION OF DRUG FELONY__
(X) PLEA AGREEMENT FILED: __OCTOBER 17, 2005__    PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

(X) SENTENCING DATE: __FEBRUARY 6, 2006__ at __9:00 A.M.__ ( ) STATUS HEARING:_____ at _____
(X) PRESENTENCE DUE TO PARTIES: __DECEMBER 12, 2005__    LODGE WITH COURT: __JANUARY 20, 2006__
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: _____

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
(X) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) PROCESSING (X) DETENTION
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

Defendant consented to enter her plea of guilty before a U.S. Magistrate Judge. Defendant executed a Waiver of Indictment. The Court executed the Report and Recommendation Concerning Plea of Guilty. Government counsel requested a further proceedings hearing date. Defense requested a sentencing date and for the Court to release the defendant with the conditions previously ordered in criminal case no. 05-00039. Probation recommended detention because of the violation in her related case. Government deferred to probation's recommendation. The defendant addressed the Court. The Court set sentencing and took the matter concerning release under advisement.