# United States District Court

FOR THE **DISTRICT OF** GUAM

**UNITED STATES OF AMERICA**

v.

JESSICA ROSE MESA

Defendant(s).

**WAIVER OF INDICTMENT**

**Case Number:** 05-00074

**FILED**
DISTRICT COURT OF GUAM
OCT 17 2005
MARY L.M. MORAN
CLERK OF COURT

I, _____Jessica Rose Mesa_____ the above-named defendant, who is accused of

USE OF A COMMUNICATION FACILITY IN FACILITATING COMMISSION OF DRUG FELONY, in Violation of Title 21, United States Code, Section 843(b), and Title 18, United States Code, Section 2,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waived in open court on ___October 17, 2005___ prosecution by indictment and consenting that the proceeding may be by information rather than by indictment.

_____
JESSICA ROSE MESA
*Defendant*

_____
JOAQUIN C. ARRIOLA, JR.
*Counsel for Defendant*

Before: _____
~~Judicial Officer~~
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge