# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Jessica Rose Mesa,<br><br>　　　　Defendant. | Case No. 1:05-cr-00074<br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Consent to Rule 11 Plea in a Felony Case Before U.S. Magistrate Judge, Report and Recommendation and Order of Detention filed October 17, 2005*, on the dates indicated below:

| *U.S. Attorney's Office* | *Joaquin C. Arriola, Jr.* | *U.S. Probation Office* | *U.S. Marshal Service* |
|---|---|---|---|
| *October 18, 2005* | *October 18, 2005* | *October 18, 2005 (Order of Detention Only)* | *October 19, 2005 (Order of Detention Only)* |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Consent to Rule 11 Plea in a Felony Case Before U.S. Magistrate Judge, Report and Recommendation and Order of Detention filed October 17, 2005*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 20, 2005                    /s/ Marilyn B. Alcon
                                                Deputy Clerk