
DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00074 |
| Plaintiff, | |
| vs. | O R D E R |
| **JESSICA ROSE MESA,** | |
| Defendant. | |

IT IS HEREBY ORDERED that **JOAQUIN C. ARRIOLA, JR.** is appointed to represent defendant in the above-entitled case *nunc pro tunc* to October 14, 2005.

Dated this 24th day of October, 2005.

JOAQUIN V.E. MANIBUSAN, Magistrate Judge
U.S. DISTRICT COURT OF GUAM

# ORIGINAL