# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

|  |  |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>vs.<br><br>Jessica Rose Mesa,<br><br>        Defendant. | Case No. 1:05-cr-00074<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Appointment Order filed October 25, 2005,* on the dates indicated below:

*U.S. Attorney's Office*                   *Joaquin C. Arriola, Jr.*
*October 26, 2005*                         *October 26, 2005*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Appointment Order filed October 25, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 26, 2005                   /s/ Marilyn B. Alcon
                                                           Deputy Clerk