

FILED
DISTRICT COURT OF GUAM
NOV - 1 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff.<br><br>vs.<br><br>JESSICA ROSE MESA,<br><br>        Defendant. | CRIMINAL CASE NO. 05-00074<br><br><br><br>**ORDER** |

On October 17, 2005, the Defendant came before the Court for a change of plea. At the conclusion of the hearing, defense counsel made an oral request to have his client released from custody. The Court stated that it would take the request under advisement. The Court believes that a further hearing on this issue would be appropriate at this time. Accordingly, the Court sets this matter for a bail hearing on Thursday, November 3, 2005 at 2:00 p.m.

SO ORDERED this 1st day of November 2005.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge