LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
JAN 19 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br><br><br><br><br><br> JESSICA ROSE MESA, <br><br> Defendant. | CRIMINAL CASE NO. 05-00074 <br><br> **GOVERNMENT'S RESPONSE TO PRESENTENCE INVESTIGATION REPORT AND MOTION FOR ADDITIONAL ONE-LEVEL DECREASE FOR ACCEPTANCE OF RESPONSIBILITY** |

Comes now the United States and, with the exception of Paragraphs 79 and 80 of the Presentence Investigation Report (PSR), adopts the findings of the PSR with the following additional comments:

1. Paragraph 50 of the PSR should reflect an adjusted Base Offense Level of 30 under USSG § 2D1.1(a)(3), since she should receive a minimal participant mitigating role adjustment under USSG § 3B1.2(a).

2. Paragraphs 56 and 57 of the PSR correctly includes a three-level decrease for acceptance of responsibility under USSG § 3E1.1. The defendant timely notified the

government of her intention to enter a plea of guilty at a sufficiently early stage in the process so that the government was able to avoid preparing for trial, and the court was able to schedule its calendar efficiently.

3. Paragraph 58 should reflect an adjusted Total Offense Level of 23. The advisory range for Level 23 and Criminal History Category I is 46 months to 57 months.

Dated this 18th day of January 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

2