# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

United States of America

V.

**JESSICA ROSE MESA**

**NOTICE**

CASE NUMBER: CR-05-00074

TYPE OF CASE:

☐ CIVIL   X CRIMINAL

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

**FILED**
DISTRICT COURT OF GUAM
JAN 25 2006
MARY L.M. MORAN
CLERK OF COURT

X TAKE NOTICE that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| District Court of Guam 4th Floor, U.S. Courthouse 520 West Soledad Avenue | Monday, February 6, 2006 at 9:00 a.m. | Monday, February 6, 2006 at 2:00 p.m. |

MARY L. M. MORAN, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

_/s/ Hernandez_
(BY) DEPUTY CLERK

January 25, 2006
DATE

TO: U.S. Attorney's Office
Joaquin C. Arriola, Jr.
U.S. Probation Office
U.S. Marshal Service