DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**
**SENTENCING**


FILED
DISTRICT COURT OF GUAM
FEB - 6 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00074**            **DATE: February 6, 2006**

***

HON. LARRY ALAN BURNS, Designated Judge     Law Clerk: NONE PRESENT
Court Reporter: Wanda Miles     Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 2:16:20 - 2:17:39     CSO: J. McDonald / J. Lizama

***********************APPEARANCES***********************

**DEFT: JESSICA ROSE MESA**      **ATTY : JOAQUIN C. ARRIOLA, JR.**
( X ) PRESENT  ( ) CUSTODY  ( ) BOND  ( X ) P.R.     ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID     AGENT:

U.S. PROBATION: MARIA CRUZ     U.S. MARSHAL: W. GRAY

INTERPRETER: _____ ( ) SWORN    LANGUAGE: _____

***

( ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
    Base offense level:     Total offense level:     Criminal History Category:

    **NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE**

( ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:

( ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

( ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

NOTES/OTHER MATTERS:

Defense requested for a brief continuance. Government had no objections - Granted. The Court continued the matter to Tuesday, February 14, 2006 at 10:30 a.m.