# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
## CRIMINAL MINUTES
## SENTENCING



**FILED**
DISTRICT COURT OF GUAM
FEB 14 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00074**  **DATE: February 14, 2006**

HON. LARRY ALAN BURNS, Designated Judge  Law Clerk: NONE PRESENT
Court Reporter: Wanda Miles  Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 10:27:40 - 10:48:15  CSO: J. McDonald / J. Lizama

**********************APPEARANCES**************************

**DEFT: JESSICA ROSE MESA**  **ATTY: JOAQUIN C. ARRIOLA, JR.**
( X ) PRESENT  ( ) CUSTODY  ( ) BOND  ( X ) P.R.  ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID  AGENT: JOHN DUENAS, Immigration and Customs Enforcement

U.S. PROBATION: MARIA CRUZ  U.S. MARSHAL: NONE PRESENT

INTERPRETER: _____  ( ) SWORN  LANGUAGE: _____

( ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
    Base offense level:      Total offense level:      Criminal History Category:

    **NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE**

( ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:

( ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

( ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

**NOTES/OTHER MATTERS:**

The Court ordered a brief continuance to allow counsel to research for residential drug treatment programs and facilities. Sentencing was continued to Thursday, February 16, 2006 at 9:30 a.m.

Courtroom Deputy: