DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
*SENTENCING*



FILED
DISTRICT COURT OF GUAM
APR - 5 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00074                    DATE: APRIL 4, 2006

HON. ROGER T. BENITEZ Designated Judge          Law Clerk: NONE PRESENT
Court Reporter: Wanda Miles                     Courtroom Deputy: Virginia T. Kilgore/Glenn Rivera
Hearing Electronically Recorded: 12:12.09 - 12:34.16          CSO: J. Lizama

* * * * * * * * * * * * * * * * * * * * * A P P E A R A N C E S * * * * * * * * * * * * * * * * * * * * * * * *

DEFT: **JESSICA ROSE MESA**                     ATTY : **JOAQUIN C. ARRIOLA, JR.**
( X ) PRESENT  ( ) CUSTODY  ( ) BOND  ( X ) P.R.     ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID                    AGENT: NONE PRESENT

U.S. PROBATION: MARIA CRUZ                      U.S. MARSHAL: DAVE PUNZALAN

( X ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
    Base offense level:         Total offense level:         Criminal History Category:

    NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE

(X) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:

(X) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

(X) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

NOTES/OTHER MATTERS:

GOVT ORAL MOTION TO DISMISS COUNTS 2 AND 3 OF THE INDICTMENT IN CASE CR-05-0039 - GRANTED

Courtroom Deputy:

| SENTENCE: CR-05-00074 | DEFENDANT: JESSICA ROSE MESA |
|---|---|

( X )     DEFENDANT COMMITTED TO THE BUREAU OF PRISONS FOR A TERM OF <u>30 MONTHS.</u>

(X)     COURT RECOMMENDATION TO THE BUREAU OF PRISONS: DEFENDANT BE ALLOWED TO PARTICIPATE IN THE 500-HOUR DRUG TREATMENT PROGRAM.

         DEFENDANT BE INCARCERATED AS CLOSE AS POSSIBLE TO THE CENTRAL DISTRICT OF CALIFORNIA.

( X )     UPON RELEASE FROM IMPRISONMENT, DEFENDANT IS PLACED ON SUPERVISED RELEASE FOR A TERM OF <u>ONE YEAR</u>.

THE TERM OF SUPERVISED RELEASE WILL INCLUDE THE FOLLOWING CONDITIONS:

1.     DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME.

2.     DEFENDANT SHALL NOT UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE AND SHALL REFRAIN FROM THE USE OF A CONTROLLED SUBSTANCE.

3.     DEFENDANT SHALL SUBMIT TO THE COLLECTION OF A DNA SAMPLE AT THE DIRECTION OF THE U.S. PROBATION OFFICE.

4.     DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF SUPERVISED RELEASE AS SET FORTH BY THE U.S. SENTENCING COMMISSION AND CODIFIED UNDER 18 U.S.C. § 3583.

5.     DEFENDANT SHALL REFRAIN FROM THE USE OF ALL ALCOHOLIC BEVERAGES.

6.     DEFENDANT SHALL PARTICIPATE IN A PROGRAM APPROVED BY THE U.S. PROBATION OFFICE FOR SUBSTANCE ABUSE, WHICH PROGRAM MAY INCLUDE TESTING TO DETERMINE WHETHER THE DEFENDANT HAS REVERTED TO THE USE OF DRUGS OR ALCOHOL.

7.     DEFENDANT SHALL PERFORM 200 HOURS OF COMMUNITY SERVICE UNDER THE DIRECTION OF THE U.S. PROBATION OFFICE.

8.     DEFENDANT SHALL NOT POSSESS A FIREARM OR OTHER DANGEROUS WEAPON.

ALL FINES WERE WAIVED BY THE COURT. DEFENDANT WAS ORDERED TO PAY A SPECIAL ASSESSMENT FEE OF $100.00.

COURT STATED THE JUSTIFICATION OF THE SENTENCE IMPOSED. DEFENDANT WAS ADVISED OF HER APPEAL RIGHTS.

DEFENDANT TO SELF-SURRENDER TO THE U.S. MARSHALS BY 12:00PM ON MAY 5, 2006.

Courtroom Deputy: _____