# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Jessica Rose Mesa, <br><br> Defendant. | Case No. 1:05-cr-00074 <br><br><br> **AMENDED CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Judgment and Notice of Entry filed April 7, 2006,* on the dates indicated below:

| *U.S. Attorney's Office* | *Joaquin C. Arriola, Jr.* | *U.S. Probation Office* | *U.S. Marshals Service* |
|---|---|---|---|
| *April 7, 2006* | *April 10, 2006* | *April 11, 2006* <br> *(Judgment Only)* | *April 11, 2006* <br> *(Judgment Only)* |

I, Marilyn A. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Judgment and Notice of Entry filed April 7, 2006,*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: April 12, 2006                                /s/ Marilyn A. Alcon
                                                                    Deputy Clerk